# United States Court of Appeals
## For the First Circuit

No. 17-1310

DOMINGO ANTONIO ROSA PENA,

Petitioner,

v.

JEFFERSON B. SESSIONS, III,
ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on February 14, 2018, is amended as follows:

On the cover sheet, "Jeffrey B. Rubin and Rubin Pomerleau P.C. for petitioner." is replaced with "Todd C. Pomerleau, with whom Jeffrey B. Rubin and Rubin Pomerleau P.C. were on brief, for petitioner."